# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
**F I L E D**

**August 24, 2007**

Charles R. Fulbruge III
Clerk

No. 06-10163
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

WILLIAM PAUL ANDRIZZI

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:05-CR-182-ALL

Before WIENER, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Defendant-Appellant William Paul Andrizzi appeals the sentence he received on revocation of his term of supervised release. He contends that the sentence is unreasonable, because it exceeds the sentencing range recommended in the relevant policy statements in the Sentencing Guidelines, and because the district court failed to specify its reasons for imposing sentence. The government has filed a motion to dismiss the appeal or for summary affirmance, contending that we lack jurisdiction to consider it under 18 U.S.C. § 3742(a)(4). As Andrizzi

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

cannot prevail on the merits of his appeal, we do not consider the jurisdictional issue.  See United States v. Weathersby, 958 F.2d 65, 66 (5th Cir. 1992).

The district court reviewed the probation officer's report, read aloud the charges against Andrizzi, and considered the applicable guidelines policy statements.  Andrizzi's 24-month sentence was reasonable and was not imposed in violation of law.  See United States v. Hinson, 429 F.3d 114, 119-20 (5th Cir. 2005).  The judgment of the district court is AFFIRMED, and the Government's motions are DENIED.